# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY

CHAMBERS OF
THOMAS B. RUSSELL
UNITED STATES DISTRICT JUDGE

FEDERAL BUILDING
PADUCAH, KY 42001
(270) 415-6430

July 28, 2008

Honorable Ortrie D. Smith, Chair
Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544

Re:   Calendar Year 2007 Filing Amendment

Dear Judge Smith and Committee Members:

Thank you for your letter of June 20, 2008.  My report dated May 9, 2007 should be amended as follows:

1.  The date of the report should be **May 9, 2008**

2.  In Part VII, page 8, lines 73-79, Column D(1), I inadvertently left Column D(3) blank. The value code for each of lines 73-79 is amended to "J."

I enclose three copies of this letter/amendment and thank you for bringing this omission to my attention.

Sincerely

Thomas B. Russell, Judge
United States District Court

TBR:kph

| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2007 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Russell, Thomas B | 2. Court or Organization<br><br>United States District Court - | 3. Date of Report<br><br>05/09/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Article III - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>501 Broadway, Federal Building<br>Paducah, KY 42001 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Partner | First Investors of Paducah (Investment Club) See additional information |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 MAY 14 A II: 07 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2005 | Rotary Club of Paducah ● |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Russell, Thomas B | 05/09/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Waiver of Membership Dues | American College of Trial Lawyers | $ 300.0 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Russell, Thomas B | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Checking Account - Paducah Bank ● | A | Interest | J | T | | | | | |
| 2. Checking Account - Regions Bank ● | A | Interest | J | T | | | | | |
| 3. IRA, UBS(See Sec. VIII) | A | Dividend | L | T | | | | | |
| 4. AmerFDS Cap. World Gr. Inc. | | | | | | | | | |
| 5. American Mutual Funds | | | | | | | | | |
| 6. Amer. Funds Investments Co. of America | | | | | | | | | |
| 7. Amer. Funds, Washington Mutual Investors | | | | | | | | | |
| 8. IRA, UBS ● (See Sec VIII) | A | Dividend | K | T | | | | | |
| 9. AmerFDS Capital World Growth | | | | | | | | | |
| 10. Amer. Funds, Investment Co. of America | | | | | | | | | |
| 11. Savings Acct. Regions Bank ● | A | Interest | J | T | | | L | | |
| 12. Common Stock, Regions Bank ● | A | Dividend | K | T | | | | | |
| 13. IRA -Regions Bank (See Sec. VIII) | A | Div/Int | N | T | | | | | |
| 14. Regions Trust Money Market | | | | | | | | | |
| 15. Federal Farm Credit Bank | | | | | | | | | |
| 16. Federal Home Loan Bank | | | | | | | | | |
| 17. Allianz CCM Capital - Mutual Fund | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Russell, Thomas B | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. American Century Equity Income - Mutual Fund | | | | | | | | | |
| 19. Federated Kaufmann CL - Mutual Fund | | | | | | | | | |
| 20. Goldman Sachs Mid Cap - Mutual Fund | | | | | | | | | |
| 21. Fidelity Diversified Intl Fund - Mutual Fund | | | | | | | | | |
| 22. Pimco Fund | | | | | Sell | 2007 | J | A | |
| 23. First Investors of Paducah (See Sec. VIII) | A | Dividend | K | T | | | | | |
| 24. US Banc (common) | A | Dividend | | | | | | | |
| 25. IBM (common) | A | Dividend | | | | | | | |
| 26. Abbott Lab (common) | A | Dividend | | | | | | | |
| 27. Cisco Sys (common) | A | Dividend | | | | | | | |
| 28. Intel (common) | A | Dividend | | | Partial Sale | 5/11 | J | A | |
| 29. Schlumberge (common) | A | Dividend | | | | | | | |
| 30. Simon P (common) | A | Dividend | | | | | | | |
| 31. Anadarko (common) | A | Dividend | | | | | | | |
| 32. Sanifo Aver (common) | A | Dividend | | | | | | | |
| 33. Loews (common) | A | Dividend | | | | | | | |
| 34. Lowes Co. (common) | A | Dividend | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Russell, Thomas B | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Fastenal (common) | A | Dividend | | | | | | | |
| 36. Microsoft (common) | A | Dividend | | | | | | | |
| 37. Regions Bank (common) | A | Dividend | | | Partial Sell | 6/01 | K | D | |
| 38. Coke (common) | A | Dividend | | | | | | | |
| 39. Johnson (common) | A | Dividend | | | | | | | |
| 40. Minnesota (common) | A | Dividend | | | | | | | |
| 41. BB & T Corp. (common) | A | Dividend | | | | | | | |
| 42. Proctor (common) | A | Dividend | | | | | | | |
| 43. Home Depo (common) | A | Dividend | | | Sell | 5/18 | J | A | |
| 44. CSI (common) | A | Dividend | | | | | | | |
| 45. Pfizer (common) | A | Dividend | | | Sell | 12/12 | J | A | |
| 46. Exon Mobil (common) | A | Dividend | J | | | | | | |
| 47. Oracle (common) | A | Dividend | | | | | | | |
| 48. Texas Instruments (common) | A | Dividend | | | | | J | | |
| 49. Comcast (common) | A | Dividend | | | | | | | |
| 50. Walgreen (common) | A | Dividend | | | | | | | |
| 51. Adobe Sys (common) | A | Dividend | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Russell, Thomas B | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. B.P., PLC (common) | A | Dividend | | | Partial Sell | 10/29 | J | A | |
| 53. Hospira (common) | A | Dividend | | | | | | | |
| 54. Ebay (common) | A | Dividend | | | | | J | A | |
| 55. Texas Inds (common) | A | Dividend | | | | | | | |
| 56. Fortune (common) | A | Dividend | | | Sell | 5/18 | J | A | |
| 57. Eagle (common) | A | Dividend | | | Sell | 5/18 | J | A | |
| 58. Chaparral (common) | A | Dividend | | | Sell | 9/17 | J | A | |
| 59. Acco | A | Dividend | J | T | Sell | 5/18 | J | A | |
| 60. Grupo | | | | | | | | | |
| 61. Select Comfort | | | | | Sell | 5/18 | J | A | |
| 62. Apple(common) | | | | | | | | | |
| 63. Kaucx(common) | | | | | | | | | |
| 64. Ishares(IWM)(common) | | | | | | | | | |
| 65. Nabors(common) | | | | | Sell | 11/30 | J | A | |
| 66. BHP(common) | | | | | | | | | |
| 67. Best Buy(common) | | | | | | | | | |
| 68. Bunge(common) | | | | | Sell | 5/25 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$50,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Empire Res(common) | | | | | Sell | 5/25 | J | A | |
| 70. Helix(common) | | ' | | | | | | | |
| 71. Streamline(common) | | | | | Sell | 5/25 | J | A | |
| 72. Allscripts(common) | | | | | | | | | |
| 73. Buffalo | | | | | Buy | 8/1 | | | |
| 74. Plexus | | | | | Buy | 3/1 | | | |
| 75. SLF | | | | | Buy | 5/11 | | | |
| 76. Portfolio | | | | | Buy | 7/26 | | | |
| 77. SPDR | | | | | Buy | 4/30 | | | |
| 78. Citigroup | | | | | Buy | 11/30 | | | |
| 79. Trinity | | | | | Buy | 11/30 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Russell, Thomas B | 05/09/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

I. POSITIONS

In October of 1996, I became a member of an investment club known as First Investors of Paducah, which is organized as a partnership. There are 15 partners divided into 7 teams. Each team invests their portion. I only have control over the investment of my team, which is invested in 6 companies. I do have a 1/15 interest in all investments.

VII. INVESTMENTS AND TRUSTS

(No. 3 - 7) IRA- UBS

I am not consulted, nor do I participate in the management, nor selection of the mutual funds or investments.

(No. 8 -10) IRA - UBS

I am not consulted, nor do I participate in the management, nor selection of the mutual funds or investments.

(No. 13 - 22) IRA - Regions Bank

I have an IRA with Regions Bank. Other than making an allocation choice between bonds, stocks, money markets, etc., I have no control over the IRA account. I am not consulted nor do I give advice on the individual investments.

(No. 23-79) First Investors of Paducah is an investment club organized as a partnership. There are 15 partners divided into 7 teams. Each team makes an independent investment of their portion. I have no control over the investments of the other 6 teams. I do have a 1/15 interest in all of the investments. Items 23 through 79 represent the stock investments of the club.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544